798 A.2d 1266

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. HARRISON HOGUE, DEFENDANT–MOVANT.

May 1, 2002.

Leave to appeal is granted.

798 A.2d 1266

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. PORFIRIO
JIMENEZ, DEFENDANT–RESPONDENT.

May 22, 2002.

Leave to appeal is granted.